[No. 14689-8-III.    Division Three.    June 6, 1996.]
JAMES H. CUMMINS, ET AL., *as Personal
Representatives, Appellants*, v. THE STATE OF
WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-2-01002-9, Carolyn A. Brown, J., entered January 13, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 14828-9-III.    Division Three.    June 6, 1996.]
*In the Matter of the Marriage of* TODD R. JORDAN,
*Respondent, and* LESLIE A. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-3-02268-1, Thomas E. Merryman, J., entered March 24, 1995. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 18350-1-II.    Division Two.    June 6, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DEAN ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01162-8, Waldo F. Stone, J., entered June 1, 1994. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Wiggins and Fleisher, JJ. Pro Tem.

[No. 17523-1-II.    Division Two.    June 7, 1996.]
MAINLANDER SERVICES CORPORATION, *Respondent*, v.
ALINA BORKOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-02212-1, Barbara D. Johnson, J., entered August 10, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.